**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGH DONALD CRAIG,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>CORONA STUD & DECK, LLC,<br><br>Garnishee. | NO. MC18-5007BHS<br><br>(3:13-CR-5447-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Hugh Donald Craig, from Corona Stud & Deck, LLC, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Corona Stud & Deck, LLC, whose address is Corona Stud & Deck, LLC, Attn: Payroll Department, 3015 106th St S, Lakewood, WA 98499.

//

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**

DATED this 23rd day of May, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov