The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. 3:18-MC-05007-BHS |
|---|---|
| Plaintiff, | (3:13-CR-05447-RBL-1) |
| v. | **Continuing Garnishee Order** |
| HUGH DONALD CRAIG, | |
| Defendant/Judgment Debtor, | |
| and | |
| CORONA STUD & DECK, LLC, | |
| Garnishee. | |

A Writ of Continuing Garnishment, directed to Garnishee, Corona Stud & Deck, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Corona Stud & Deck, LLC, filed its Form Answer on May 31, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Hugh Donald Craig was an active employee who was paid weekly at $38.49 an hour.

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Hugh Donald Craig & Corona Stud & Deck, LLC,* Court Nos. 3:18-MC-05007-BHS & 3:13-CR-05447-RBL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about May 23, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Corona Stud & Deck, LLC, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Hugh Donald Craig, upon each period of time when Defendant/Judgment Debtor Craig is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Craig's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Craig's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:13-CR-05447-RBL-1 and 3:18-MC-05007-BHS, and to deliver such payment either personally or by First Class Mail to:

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Hugh Donald Craig & Corona Stud & Deck, LLC*, Court Nos. 3:18-MC-05007-BHS & 3:13-CR-05447-RBL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this _____ day of _____, 2018.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Hugh Donald Craig & Corona Stud & Deck, LLC,* Court Nos. 3:18-MC-05007-BHS & 3:13-CR-05447-RBL-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970